Certificate Number: 03621-PAW-DE-034707420

Bankruptcy Case Number: 20-21938



03621-PAW-DE-034707420

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 26, 2020</u>, at <u>7:54</u> o'clock <u>PM EDT</u>, <u>Courtney L Dunn</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>July 27, 2020</u>          By:    <u>/s/Wafaa Elmaaroufi</u>

　　　　　　　　　　　　　　　　 Name:  <u>Wafaa Elmaaroufi</u>

　　　　　　　　　　　　　　　　 Title:   <u>Credit Counselor</u>