**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Courtney L. Dunn                          CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-21938 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         Attorney I.D. No. 42524
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         jwarmbrodt@kmllawgroup.com