**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Courtney L. Dunn<br>　　　　　　　　　Debtor(s)<br><br>Toyota Lease Trust<br>　　　　　　　　　Movant<br>　　　v.<br>Courtney L. Dunn<br>　　　　　　　　　Respondent<br>　　　　　and<br>Rosemary C. Crawford, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 20-21938 JAD<br><br>CHAPTER 7<br>Related to Docket # 16 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　　AND NOW, this 3rd day of September, 2020, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

　　　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2018 LEXUS NX300 , VIN:JTJBARBZXJ2162565, , in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　　　　　_____ jsf
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller

cc: See attached service list:

　　　　　　　　　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　　　　　　　　　9/3/20 1:12 pm
　　　　　　　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　　　　　COURT - WDPA

Courtney L. Dunn
222 Zara Street
Pittsburgh, PA 15210

Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237
shawn@shawnwrightlaw.com

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101


KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Courtney L. Dunn
    Debtor

Case No. 20-21938-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Sep 03, 2020
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.
db         +Courtney L. Dunn,   222 Zara Street,    Pittsburgh, PA 15210-2068
          +KML Law Group, P.C.,   BNY Independence Center,   701 Market Street, Suite 5000, Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:
         James Warmbrodt     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com
         Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Rebecca Solarz     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com
         Rosemary C. Crawford     crawfordmcdonald@aol.com, PA68@ecfcbis.com
         Shawn N. Wright     on behalf of Debtor Courtney L. Dunn shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                                                     TOTAL: 6