| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Courtney L. Dunn** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8140** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **20–21938–JAD** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Courtney L. Dunn

<u>10/7/20</u>   **By the court:**   <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21938-JAD |
| Courtney L. Dunn | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: 318 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney L. Dunn, 222 Zara Street, Pittsburgh, PA 15210-2068 |
| 15258880 | | Columbia Gas Bankruptcy Dept., P.O. Box 117, Columbus, OH 43216-0117 |
| 15258882 | | Duquesne Light, c/o Bernstein Law Office, 707 Gulf Tower, Suite 2200, Pittsburgh, PA 15219 |
| 15258883 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15258885 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15258887 | + | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230-3180 |
| 15258888 | + | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230-3180 |
| 15258889 | + | Pristine Path Medical, 3408 Babcock Boulevard, Pittsburgh, PA 15237-2402 |
| 15258890 | + | RE 360 SS Partners XI, 829 Industry Street, Pittsburgh, PA 15210-1640 |
| 15258892 | + | Turo, 116 Natoma Street, San Francisco, CA 94105-3745 |
| 15258894 | + | Wf/Bobs Furniture, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Oct 08 2020 04:48:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 08 2020 01:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15258878 | + | EDI: CAPITALONE.COM | Oct 08 2020 04:48:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15258879 | + | EDI: CITICORP.COM | Oct 08 2020 04:48:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15258881 | + | EDI: COMCASTCBLCENT | Oct 08 2020 04:48:00 | Comcast, 300 Corliss Avenue, Pittsburgh, PA 15220-4864 |
| 15258884 | | EDI: CITICORP.COM | Oct 08 2020 04:48:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15258886 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Oct 08 2020 01:51:00 | PA Dept. of Labor & Industry, Office of UC Benefits, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 15258891 | | EDI: TFSR.COM | Oct 08 2020 04:48:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 15258893 | + | EDI: VERIZONCOMB.COM | Oct 08 2020 04:48:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |

Case 20-21938-JAD    Doc 27    Filed 10/09/20    Entered 10/10/20 01:47:54    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 318 | Total Noticed: 22 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
　　on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Keri P. Ebeck
　　on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
　　on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

Rosemary C. Crawford
　　crawfordmcdonald@aol.com  PA68@ecfcbis.com

Shawn N. Wright
　　on behalf of Debtor Courtney L. Dunn shawn@shawnwrightlaw.com
　　wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 6